IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN PETER SANFILIPPO,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-2066

Opinion filed January 15, 2015.

An appeal from the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

Tiffany Gatesh Fearing, Esq., Suncoast Legal Group, P.L., Spring Hill, for Appellant.

Pamela Jo Bondi, Attorney General, and Donna A. Gerace, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, WETHERELL, and SWANSON, JJ., CONCUR.